ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Defendant
ReconTrust Company, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEJANDRO ROMERO<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY; DOES I through X and ROE CORPORATIONS IX through XX,<br><br>Defendants. | Case No.: 2:12-cv-0529-JCM-PAL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an order granting defendant Recontrust Company, N. A.'s ("Defendant") motion to dismiss [Dkt. 5] on June 5, 2012 [Dkt. 18].

Defendant requests that the *lis pendens* currently recorded against the subject property by plaintiff Alejandro Romero ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded a notice of *lis pendens* against the property located at 8436 Justine Court, Las Vegas, Nevada 89128 (APN: 138-16-311-055) on March 2, 2012, as Instrument No. 201203020000651 in the real property records maintained by the Clark County Recorder ("*Lis Pendens*"). A copy of the *Lis Pendens* is attached hereto as **Exhibit A** and fully incorporated by reference.

UPON CONSIDERATION of defendants' request to cancel the *Lis Pendens*, and good cause appearing therefore, the Court hereby grants defendant its requested relief and rules as follows:

/ / /

1.   IT IS ORDERED, ADJUDGED, and DECREED that the *Lis Pendens* is hereby cancelled, released, and expunged.

2.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the *Lis Pendens* has the same effect as an expungement of the original *Lis Pendens*.

3.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant shall record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

*APPROVED:*

_____
*UNITED STATES DISTRICT JUDGE*

*Dated:* August 22, 2012

Submitted by:

**AKERMAN SENTERFITT LLP**

/s/ Allison R. Schmidt
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*ReconTrust Company, N.A.*

{24905239;1}                          2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 16th day of August, 2012 and pursuant to FRCP 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing **[Proposed] ORDER CANCELING LIS PENDENS**, postage prepaid and addressed to:

JOHN PETER LEE, ESQ.
JOHN PETER LEE, LTD.
830 Las Vegas Blvd. South
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

/s/ Judy Berry
An employee of AKERMAN SENTERFITT LLP

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{24905239;1}

3

# Exhibit A

# Exhibit A

(3)

Inst #: 201203020000651
Fees: $19.00
N/C Fee: $0.00
03/02/2012 09:00:30 AM
Receipt #: 1083947
Requestor:
JOHN PETER LEE LTD
Recorded By: KGP   Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

# RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

**APN#** 138-16-311-055

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

## TITLE OF DOCUMENT   (DO NOT Abbreviate)

Notice of Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

**Recording requested by:**

John Peter Lee, Ltd.

**Return to:**

**Name** John Peter Lee, Ltd.

**Address** 830 Las Vegas Boulevard South

**City/State/Zip** Las Vegas, Nevada 89101

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

```
 1  NOLP
    JOHN PETER LEE, LTD.
 2  JOHN PETER LEE, ESQ.
    Nevada Bar No. 001768
 3  YVETTE R. FREEDMAN, ESQ.
    Nevada Bar No. 009898
 4  830 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
 5  (702) 382-4044 Fax: (702) 383-9950
    E-mail: info@johnpeterlee.com
 6  Attorneys for Plaintiff
```

Electronically Filed
03/01/2012 10:36:09 AM

CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ALEJANDRO ROMERO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>RECONTRUST COMPANY;<br>DOES I through X and ROES,<br>CORPORATIONS XI through XX,<br><br>Defendants, | CASE NO.: A-12-657260-C<br>DEPT NO.: XV |

2264.024393-mg

### NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that a Complaint implicating title has been filed in the above-entitled Court by the Plaintiff against the named Defendants, Recontrust Company.

. . .

. . .

. . .

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

The said premises affected by this action is commonly described as 8436 Justine Court, Las Vegas, Nevada, 89128, situates in Clark County, Nevada, and full legal description being as follows:

Parcel I:
Lot Eighty-Six (86) in Block Two (2) of Newcastle Estates, as shown by map thereof on file in Book 41 of Plats, page 86, in the Office of the County Recorder of Clark County, Nevada.

Parcel II:
Non-exclusive easement for access, Ingress, drainage, maintenance, Repairs and for other purposes, all as described in the Master Declaration of Covenants, Conditions and Restrictions of easements for desert Shores Recorded June 1, 1988 in Book 880601 as Docuement No. 00011, Official records of Clark County, Nevada and the Notice of Annexation recorded October 17, 1988 in Book 881017 as Document No. 00259, Official records of Clark County, Nevada.

Parcel III:
Non-exclusive easement for Ingress and Egress over that portion of Common Landscape area lot Utillities of Desert Shores No. 1, as shown by map thereof on file in Book 39 of Plats, Page 26, in the Office of the County Recorder of Clark County.

APN # : 138-16-311-055

DATED this 1st of March, 2012.

JOHN PETER LEE, LTD.

BY: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiff

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950